UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20137-CIV-MORENO

JOSE LITO ORELLANA, and all others similarly-situated,

    Plaintiffs,

vs.

TECTA AMERICA SOUTH FLORIDA, INC., f/k/a Weiss & Woolrich Southern Enterprises, Inc., before merger, HENRY GEMBALA, individually, and C.G.R. CONSTRUCTION CO. INC., a Florida Corporation,

    Defendants.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN A CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Plaintiff's Motion for Issuance of Notice of Action **(D.E. No. 26)**, filed on **May 11, 2010** where Plaintiffs informed the Court that Plaintiffs do not have an objection to the Court staying these proceedings in light of the appeal concerning enterprise coverage. Accordingly, it is

**ADJUDGED** that:

(1)    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

(2)    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

(3)     This order shall not prejudice the rights of the parties to this litigation.

(4)     Plaintiff SHALL notify the Court by **September 1, 2010** and every 3 months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of July, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record